

Judge Sol Casseb III
288th District Court
Bexar County Courthouse
100 Dolorosa, San Antonio, TX 78205
(210) 335-2663 Office
(210) 335-0593 Fax

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/4/2015 3:09:28 PM
KEITH E. HOTTLE
Clerk

January 29, 2015


Mr. Dennis Drouillard, Attorney at Law
111 Soledad, Ste. 339
San Antonio, Texas 78205                                    (Via Facsimile)

Ms. Deborah Klein, Attorney at Law
111 Soledad, 10th Floor
San Antonio, Texas 78205                                    (Via Facsimile)

RE:   Cause No. 2015-CI-00039, Thelma Franco vs Roderick J. Sanchez Etal;
      In the 288th Judicial District Court of Bexar County, Texas.

Dear Counsel:

      The Court's ruling on the matter presented on January 28, 2015, is set out in the
"Judge's Notes", a copy of which is attached.

                              Very Truly Yours,

                              Sol Casseb III
                              Judge Presiding


Cc: file

Eh 1

# JUDGE'S NOTES

*3 hrs*

CAUSE NO.: 2015CI00039

COURT: 288
SETTING COURT: 109

DATE/TIME: 01/28/2015 09:00AM

STYLE: THELMA FRANCO
VS. RODERICK J SANCHEZ ET AL

DISCOVERY LEVEL: 4
ATTORNEY(S) FOR CASE:
DENNIS DROUILLARD  Fax 299 7780

DEBORAH KLEIN  Fax 207 4357

TYPE OF MOTION OR APPLICATION:
NON-JURY SETTING ON TRO & TEMPORARY ORDERS  (temp inj.)

DJD

CONFERRING _____  ESTIMATE HEARING TIME 3 hrs
AGREED ORDER _____  ASSIGNED COURT 288 D
DROP _____  RECORD TAKEN Yes  Record Taken By
INTERPRETER _____  RESET DATE ___/___  Cindy Dres, CSR
TIME ___ In the Court

DATE OF NOTES 1-28-15

JUDGE INITIALS ___

Yanta-recused

Parties stip that Garant email of 12-2-14 shall be admitted in evid. as Plaintiff's X 7.

All Request for Temp Inj. as prayed for in Petitioner's 1st Supp. App for Writ of Mandamus + Pet. Petition + App. for TRO + Temp. Inj. is Denied.

PROPERTY OF BEXAR COUNTY DISTRICT CLERK'S OFFICE        (DK510A)